IN THE UNITED STATES BANKRUPTCY COURT
For the NORTHERN DISTRICT of CALIFORNIA
OAKLAND DIVISION

|  |  |
|---|---|
| In re:<br>Victor Castro<br><br>Debtor(s) | Chapter: 13<br>Case Number: 11-46900-EDJ<br>Assigned to the Honorable:<br>Edward D. Jellen<br><br>REQUEST FOR SPECIAL NOTICE<br>[NO Hearing Required] |

TO THE CLERK:

    The undersigned attorneys for:
      HSBC BANK NEVADA, N.A.
        BEST BUY CO., INC.

a creditor of the above referenced debtor.

    Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

    REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

        HSBC BANK NEVADA, N.A.
        Bass & Associates, P.C.
        3936 E. Ft. Lowell Road, Suite #200
        Tucson, AZ 85712

    Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 07/13/11
Account Number: ************1280

    Respectfully submitted,
    Bass & Associates, P.C.

    By: /s/ Patti H. Bass  (AZ 016849)
        Attorneys for Creditor
        HSBC BANK NEVADA, N.A.
        3936 E Ft Lowell Rd Suite 200
        Tucson, AZ  85712-1083
        (520) 577-1544
        ecf@bass-associates.com